**BENDAU & BENDAU PLLC**
Clifford P. Bendau, II (AZ Bar No. 030204)
Christopher J. Bendau (AZ Bar No. 032981)
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com
　　　　chris@bendaulaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Deborah Mayweathers**,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**Iconic Results, LLC,** et al,<br><br>　　　　　Defendants. | No. 2:20-cv-01216-DJH<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff, Deborah Mayweathers ("Plaintiff"), and Defendants Iconic Results, LLC; Agency SMO, LLC; and Mituin Varma and Jane Doe Varma ("Defendants") hereby advise the Court that all claims for Plaintiff in this matter have been resolved through settlement.  (Defendants dispute any liability to Plaintiff.)  The parties have agreed to submit a motion for settlement approval within 28 days.  As part of the settlement, the parties have also agreed to submit briefing on an application for attorneys' fees and costs pursuant to 29 U.S.C. § 216(b) to the Court within 14 days of the Court's anticipated approval of the settlement.  Upon resolution of the anticipated application for attorneys' fees, the parties will file a stipulation for dismissal with prejudice.

RESPECTFULLY SUBMITTED the 7th Day of July, 2020.

BENDAU & BENDAU PLLC

/s/*Clifford P. Bendau, II*
Clifford P. Bendau, II
Attorney for Plaintiff

LANG & KLAIN, P.C.

/s/ *Michelle Swann*
Michelle Swann
Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th Day of July, 2020, a copy of the foregoing was transmitted electronically to the CM/ECF filing system for filing and transmittal along with copies transmitted to all counsel of record via the CM/ECF system.

/s/ *Clifford P. Bendau, II*