# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deborah Mayweathers,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Iconic Results LLC, et al.,<br><br>　　　　Defendants. | No. CV-20-01216-PHX-DJH<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order filed November 10, 2020, judgment of dismissal is entered. Plaintiff is awarded attorneys' fees in the amount of $4,374.30, and this action is hereby terminated.

Debra D. Lucas

District Court Executive/Clerk of Court

November 10, 2020

s/ L. Figueroa

By: Deputy Clerk