**BENDAU & BENDAU PLLC**
Clifford P. Bendau, II (AZ Bar No. 030204)
Christopher J. Bendau (AZ Bar No. 032981)
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com
       chris@bendaulaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Deborah Mayweathers**, | No. 2:20-cv-01216-DJH |
| Plaintiff, | |
| v. | **NOTICE OF SATISFACTION OF JUDGMENT** |
| **Iconic Results, LLC,** et al, | |
| Defendants. | |

Plaintiff, by and through undersigned counsel, hereby acknowledges that the Judgment entered in the above-captioned matter on November 10, 2020 (Doc. 22) has been satisfied in full.

RESPECTFULLY SUBMITTED this 25th day of November, 2020.

BENDAU & BENDAU PLLC

/s/    *Clifford P. Bendau, II*
Clifford P. Bendau, II
Christopher J. Bendau
Attorneys for Plaintiff

## Certificate of Service

I certify that on this 25th Day of November, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the all parties by the operation of the Court's electronic filing system. The Parties may access this filing through the Court system.

/s/ *Clifford P. Bendau, II*